

# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW
1000 WOODBURY ROAD      SUITE 402      WOODBURY, NY 11797
TELEPHONE: 516.712.4000      FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

July 16, 2020

**VIA ECF**

The Honorable Alison J. Nathan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Mormon v. Clear Brook Management Inc., et. al.*
              Index No.:    1:20-cv-02695
              Our File No.:  420-18939

Dear Honorable Judge Nathan:

      We represent *Park Management Inc.*, *Joel Gluck*, and *Eli Davidowitz* in this matter. Please allow this correspondence to serve as the parties' joint request for a stay of this matter for 60 days. This stay will allow the parties to conduct mediation and attempt to reach a private resolution of the plaintiff's claims. At present, the parties have selected a mediator and are in the process of scheduling a mediation date. We believe a brief stay will allow the parties to discuss private resolution more effectively. It will also save them from potentially unnecessary litigation costs if a resolution can be reached.

      We thank this Honorable Court for its time and consideration.

> The motion for a 60-day stay is hereby GRANTED. The initial pre-trial conference currently scheduled for August 7, 2020 is hereby adjourned to October 16, 2020 at 3:15 p.m. SO ORDERED.

Respectfully submitted,

*John J. Byrnes*

John J. Byrnes

SO ORDERED.   7/21/20

*[signature]*

Alison J. Nathan, U.S.D.J.

JJB/lf